IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION ) | |
| ) | |
| RONALD GLAZE and HAZEL GLAZE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 20-374 (MN) (SRF) |
| ) | |
| AIR & LIQUID SYS. CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 17th day of May 2022:

WHEREAS, on April 28, 2022, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 133) in this action, recommending that the Court grant the unopposed motions for summary judgment of Defendants Armstrong International, Inc. (D.I. 105), Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc. (D.I. 110), Gardner Denver, Inc. (D.I. 112), FMC Corporation (D.I. 114), Schneider Electric USA, Inc. (D.I. 116), and Warren Pumps, LLC (D.I. 123); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Defendant Armstrong International, Inc.'s Motion for Summary Judgment (D.I. 105) is GRANTED.

Defendant Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.'s Motion for Summary Judgment (D.I. 110) is GRANTED.

Defendant Gardner Denver, Inc.'s Motion for Summary Judgment (D.I. 112) is GRANTED.

Defendant FMC Corporation's Motion for Summary Judgment (D.I. 114) is GRANTED.

Defendant Schneider Electric USA, Inc.'s Motion for Summary Judgment (D.I. 116) is GRANTED.

Defendant Warren Pumps, LLC's Motion for Summary Judgment (D.I. 123) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendants Armstrong International, Inc., Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., Gardner Denver, Inc., FMC Corporation, Schneider Electric USA, Inc., and Warren Pumps, LLC and against Plaintiffs Ronald and Hazel Glaze.

                                                 */s/ Maryellen Noreika*
                                                 The Honorable Maryellen Noreika
                                                 United States District Judge